**United States District Court for the Southern District of Iowa**

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:26-cr-00118-RGE-HCA : Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Liliana Hernandez Vazquez, Georgina Kasandra Hernandez Vazquez, Yureli Alondra Hernandez Vazquez

---

Gov. Atty(s): MacKenzie Benson Tubbs
Def. Atty(s): Raya Dimitrova
Def. Appears: ☑ In Person ☐ Video Conference
☐ All Parties Consent to Video Proceeding
Court Reporter: FTR Gold
Interpreter: N/A
☐ Interpreter Sworn

: ☑ Indictment ☐ Superseding Indictment ☐ Information
: ☐ Complaint ☐ Warrant ☐ Summons
: Code Violation/Offense:
: Ct. 9 - 18:1956(a)(1)(B)(i), 1956(h) Conspiracy to Engage in Money Laundering

Date: September 22, 2026

Initial Appearance Start Time: 1:21 P.M. Arraignment Start Time: 1:27 P.M. End Time: 1:34 P.M.

---

## Initial Appearance

☑ Advised of Rights
☑ Advised of Consular Notification Rights
Requesting Consular Notification ☑ Yes ☐ No
☑ Rule 5 Admonition Given

: ☐ Appointed/Previously Appointed FPD
: ☑ Appointed/Previously Appointed CJA Counsel
: ☐ Retained Counsel

---

## Arraignment

Trial Scheduled for: November 30, 2026
Rule 16 Material due: October 2, 2026
Reciprocal Discovery due: October 13, 2026
Pretrial Motions due: November 9, 2026
Plea Notification Deadline: November 13, 2026
Plea Entry Deadline: November 16, 2026
Status/Scheduling Conference (Counsel Only):
November 10, 2026 at 9:30 A.M. HCA
via Webex

: ☑ Advised of Charges/Maximum Penalties
: ☑ Indicted in True Name
True Name:
: ☑ Reading of Indictment Waived
: Plea of Not Guilty Accepted as to Ct(s): 9
: ☐ Denied Forfeiture
: ☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

---

## Custody Status

☑ Government Moved for Detention
☐ Defendant Waived Preliminary Examination
☑ Defendant Waived Detention Hearing

Court Ordered Defendant:
☐ Released on Bond
☑ Detained

: Detention Hearing Set:
: Before:
: Courthouse: Room:
: Revocation Hearing Set:
: Before:
Courthouse: Room:

---

Raya Dimitrova, CJA counsel, appeared for the above Defendants for the initial appearance and arraignment only. Defendants requested court appointed counsel. Defendants will file motions for detention hearings once counsel is assigned. The Consular Notification noted above applies only to Defendant Yureli Hernandez Vazquez. Parties advised that Judge Goodgame Ebinger generally will grant only one continuance of trial.

/s/ M. Clothier
Deputy Clerk